CoLEGIO DE ABOGADOS DE PUERTO RICO, querellante, *v.* CÉSAR JUAN ALMODÓVAR MARCHANY, querellado.

*Número:* TS-5572          *Resuelto:* 16 de enero de 2004

*José M. Montalvo Trías,* director ejecutivo del Colegio de Abogados, entidad querellante; *César Juan Almodóvar Marchany,* abogado querellado, por derecho propio.

## RESOLUCIÓN

El 23 de diciembre de 2003 emitimos una extensa resolución en la que hicimos un detallado recuento del reiterado incumplimiento del Lcdo. César Juan Almodóvar Marchany con su deber de pagar la cuota de colegiación al Colegio de Abogados de Puerto Rico.

Le concedimos al licenciado Almodóvar Marchany un término para mostrar causa por la cual no debía ser suspendido de la práctica de la abogacía. Éste compareció, ofreció excusas y nos indicó que "reconoce que con anterioridad ha efectuado sus cuotas de colegiación del Colegio de Abogados en forma tardía, o luego de recordatorios al efecto u órdenes del Tribunal". Solicita "indulgencia y lenidad" y "empeña su palabra que en forma alguna habrá de permitir que una situación como ésta vuelva a repetirse".

Tomando en consideración lo antes expuesto, el Tribunal amonesta y apercibe al licenciado Almodóvar Marchany de que en el futuro habrá de ser más severo con las sanciones que imponga si éste incurre en la práctica antes descrita.

*Se ordena el archivo de este asunto y publíquese.*[1]

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Hernández Denton no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*

---

[1] Hoy el Colegio de Abogados de Puerto Rico presentó una moción de desistimiento en la cual nos indica que el Lcdo. César J. Almodóvar Marchany pagó su cuota de colegiación.